# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

REGINALD L. HOLLIMAN,

    *Petitioner*,

vs.

BRIAN WILLIAMS, *et al.*,

    *Respondents*.

2:15-cv-00762-RCJ-NJK

ORDER

    Petitioner has submitted a completed application to proceed *in forma pauperis* (ECF #1) as well as a motion for appointment of counsel (ECF #2), with no habeas petition or complaint of any kind.

    As petitioner has failed to submit a habeas petition, this matter has not been properly commenced. In his motion for appointment of counsel, petitioner states that he requires counsel in order to be able to file a habeas petition because he is "unlearned in the law" (ECF #2, p. 1). However, before this court would be able to consider whether appointment of counsel is warranted, petitioner must attempt to draft a petition that sets forth, briefly and specifically, his grounds for federal habeas relief. The court also notes that generally the fact that a prisoner is unskilled in the law is not, by itself at least, a basis to appoint counsel. Accordingly, the application will be denied, and the present action will be dismissed without prejudice to the filing of a petition in a new action on the form required by LSR 3-1, with a pauper application on the proper form with all required attachments.

    **IT IS THEREFORE ORDERED** that the application to proceed *in forma pauperis* (ECF #1) is **DENIED** and that this action shall be **DISMISSED** without prejudice to the filing of a habeas petition, on the required form, in a new action with a properly completed pauper application.

1    **IT IS FURTHER ORDERED** that the Clerk shall send petitioner two copies each of an
2 application form to proceed *in forma pauperis* for incarcerated persons and a noncapital Section 2254
3 habeas petition form, one copy of the instructions for each form, and a copy of the papers that he
4 submitted in this action.
5    **IT IS FURTHER ORDERED** that petitioner's motion for appointment of counsel (ECF #2)
6 is **DENIED** as moot.
7    **IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment accordingly and
8 close this case.

Dated: June 1, 2015.

_____
UNITED STATES DISTRICT JUDGE